```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| LAUREN HARVIN,<br>　　　　Petitioner,<br><br>　　　v.<br><br>LARRY MAHALLY, SUPERINTENDENT SCI DALLAS, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO.  15-3395 |

## **O R D E R**

AND NOW, this 16th day of January, 2020, upon independent consideration of the Petition for Writ of Habeas Corpus filed by Petitioner, the Response to the Petition, Petitioner's Motion for Leave to Amend the Petition, and the Response to the Motion to Amend, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, and Petitioner's Objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing;

3. The Motion to Amend is DENIED; and

4. There is no probable cause to issue a certificate appealability.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.